IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

V.                                    CASE NO. 4:18-CR-40020

ALDO DANIEL GASTELUM                                          DEFENDANT

## ORDER

      Defendant has filed a Second Motion to Extend Time to File Response. ECF No. 44. Defendant moves the Court for a fifteen-day extension of time to respond to an Amended Motion to Quash or Modify Subpoena filed by non-party Thrifty, Inc ("Thrifty").[1] Defendant states that Thrifty does not oppose the requested relief. Upon consideration, the Court finds that the instant motion should be and hereby is **GRANTED**. Defendant shall have fifteen days from the date of the present order in which to file its response.

      Likewise, Thrifty has filed a Motion for Leave to File Reply to Response. ECF No. 47. Although Thrifty moves for leave to reply to the response Defendant filed in the event his request for an extension of time was denied, the Court finds that it should be given leave to respond to Defendant's anticipated future response. Accordingly, the instant motion should be and hereby is **GRANTED** and Thrifty shall have fifteen days from the date Defendant files his updated response in which to file its reply. In the event Defendant fails to file the anticipated response, Thrifty shall have up to and including **December 31, 2018**, to file its reply to the already-filed response.

      **IT IS SO ORDERED**, this 3rd day of December, 2018.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge

---

[1] Defendant filed a response contemporaneously with the instant motion in case the Court declined to extend his time to respond. The Court assumes that the anticipated future response will contain additional or different arguments.