IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                              Case No. 4:18-cr-40020-001

ALDO DANIEL GASTELUM                                                                        DEFENDANT

**ORDER**

Before the Court is the Motion to Modify Conditions of Pretrial Release (ECF No. 49) filed herein by the Defendant. The Government has responded. ECF No. 50. This Motion was referred to the undersigned for decision. On January 10, 2019, a hearing was held on the Motion. At the hearing, the Court heard testimony from the Defendant and argument from both Defendant and the Government. After considering the Motion, testimony, and argument of counsel, the Court finds the Motion to Modify Conditions of Pretrial Release (ECF No. 49) should be and hereby is **DENIED**.

The Defendant's current conditions of release include a curfew, which is set for the hours of 11:00 p.m. and 6:00 a.m. The Court heard testimony that Defendant suffers from several medical conditions for which he receives regular and recurring treatment. Additionally he frequently has to be treated on an emergency basis. He testified that on at least one occasion he left either a medical treatment facility or a hospital emergency room as a result of his concern about violating the conditions of his curfew.

The Court does not intend its conditions of release to interfere with Defendant's legitimate medical treatment. Defendant is advised he may seek and obtain any legitimate medical care and should advise his supervising Probation Officer of any over night stay, for which he had not received prior approval, as soon as possible and in no event less than twelve (12) hours after release from any

such overnight hospital or emergency room care.

**SO ORDERED** this **10th day of January 2019.**

                                            /s/ *Barry A. Bryant*
                                        HON. BARRY A. BRYANT
                                        U.S. MAGISTRATE JUDGE