IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                              CASE NO. 4:18-CR-40020

ALDO DANIEL GASTELUM                                                 DEFENDANT

## **ORDER**

Before the Court is Defendant's Motion for Entry of Stipulated Protective Order. ECF No. 60. The Court finds that no response is necessary and that this matter is ripe for consideration.

In the instant motion, Defendant moves the Court to enter a stipulated protective order negotiated and signed by Defendant and non-party Thrifty, Inc. ("Thrifty"). Upon consideration, the Court finds that the instant motion should be and hereby is **GRANTED**. Furthermore, in light of this ruling, the Court finds that Thrifty's Motion to Quash or Modify Subpoena (ECF No. 29), Amended Motion to Quash or Modify Subpoena (ECF No. 31), and Supplemental Motion to Quash or Modify Subpoena (ECF No. 40) are moot and are hereby **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 8th day of April, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge